1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN FREDERICK HARDNY,                 No.  2:13-cv-1509 TLN AC P

12              Petitioner,

13        v.                                FINDINGS AND RECOMMENDATIONS

14   T. VIRGA,

15              Respondent.

16

17        By an order filed July 31, 2013 petitioner was ordered to file an in forma pauperis

18   affidavit or to pay the required $5.00 filing fee within thirty days and was cautioned that failure to

19   comply with the order would result in a recommendation that this action be dismissed.  The thirty

20   day period has now expired, and petitioner has not responded to the court's order and has neither

21   filed an in forma pauperis affidavit nor paid the appropriate filing fee.  Accordingly, IT IS

22   HEREBY RECOMMENDED that this action be dismissed without prejudice.

23        These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

25   after being served with these findings and recommendations, petitioner may file written

26   objections.  Such a document should be captioned "Objections to Magistrate Judge's Findings

27   and Recommendations."  Petitioner is advised that failure to file objections within the specified

28   ////

                                    1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

(9th Cir. 1991).

DATED: September 11, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/dd
hard1509.fifp

2